IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD GLOVER,** | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 23-2691 |
| **SPEEDWAY, LLC,** | : |
| *Defendant.* | : |

# ORDER

**AND NOW**, this **30th** day of **January 2024**, upon consideration of Plaintiff's Motion to Remand (ECF No. 3), and Defendant's Responses in Opposition (ECF Nos. 4, 8), it is hereby **ORDERED** that:

1. Plaintiff's Motion (ECF No. 3) is **GRANTED**;
2. This case is remanded to the Philadelphia County Court of Common Pleas; and
3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Kai N. Scot*

**HON. KAI N. SCOTT**
**United States District Court Judge**